IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00165-RPM-BNB

BANCO INTERCONTINENTAL, S.A.,

Plaintiff,

v.

LUIS ALVAREZ RENTA,
BANKINVEST S.A.,
INTERDUTY FREE, LTD., and
WADEVILLE INVESTMENTS, LTD.,

Defendants.

_____

**ORDER**
_____

This matter is before me on **Banco Intercontinental, S.A.'s Motion to Compel
Goodman & Wallace to Comply With Subpoena Duces Tecum and to Provide a Privilege
Log** [Doc. # 8, filed 3/9/06] (the "Motion to Compel").  I held a hearing on the Motion to
Compel this afternoon and made rulings on the record, which are incorporated here.  In summary
and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED.  Goodman & Wallace shall
produce all documents responsive to the subpoena duces tecum by close of business on **April 6,
2005**.

IT IS FURTHER ORDERED that if any additional documents other than those submitted
for in camera review (which are not privileged and have been ordered produced) are withheld on

a claim of privilege or other applicable immunity, Goodman & Wallace shall prepare and serve on

opposing counsel a privilege log consistent with the requirements of Fed. R. Civ. P. 45(d)(2).

Dated April 4, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge